**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

ANYELI CAROLINA MARTINEZ PENA,
Petitioner,

v.

ADEL, Warden, Delaney Hall Detention Facility,
Respondent.

**Civil Action No. 2:26-cv-13104-EP**

**Hon. Evelyn Padin, U.S.D.J.**

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, OR IN THE ALTERNATIVE, MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Petitioner Anyeli Carolina Martinez Pena, proceeding *pro se*, respectfully asks that her Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (D.E. 1) be voluntarily dismissed **without prejudice**.

Petitioner makes this request because she has requested voluntary departure from the United States through immigration authorities and no longer wishes to pursue this federal habeas action at this time. Petitioner does not represent that her request for voluntary departure has already been approved.

To the extent no answer or motion for summary judgment has been served, Petitioner gives notice of voluntary dismissal without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). If an answer or motion for summary judgment has been served, or if the Court determines an order is required, Petitioner alternatively requests dismissal without prejudice under Rule 41(a)(2).

Petitioner respectfully requests that the Court close this civil habeas matter without reaching the merits of her claims. This request concerns only this federal habeas proceeding and does not seek a ruling on her separate immigration proceedings.

For the foregoing reasons, Petitioner respectfully requests voluntary dismissal of this action **without prejudice**.

Respectfully submitted, Date: 11-16-2026

Anyeli Martinez

ANYELI CAROLINA MARTINEZ PENA
Petitioner, Pro Se
A# 240-407-253
Delaney Hall Detention Facility
451 Doremus Avenue
Newark, NJ 07105

SO ORDERED

s/Evelyn Padin
Evelyn Padin, U.S.D.J.

Date: 11/20/2026

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
CLERK
2026 NOV 19 P 2:45